# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138108(69)

TIMOTHY LAJOICE as Personal Representative
of the Estate of KERIN LAJOICE, Deceased,
Plaintiff-Appellant,

v

NORTHERN MICHIGAN HOSPITALS, INC.,
BRAD E. VAZALES, M.D., GREAT LAKES
CARDIOTHORACIC & VASCULAR
SURGERY, PLLC, DANIEL E. MCDONNELL,
M.D., and DANIEL E. MCDONNELL, M.D., P.C.,
Defendants-Appellees.

SC: 138108
COA: 277587
Emmet CC: 06-009165-NH

_____/

On order of the Court, the motion for reconsideration of this Court's October 21, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

y0125